PROB 12C
(6/16)

Report Date: May 21, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Virgil Wyman  Case Number: 0980 2:18CR00059-MKD-1

Address of Offender: ███████ Deer Park, Washington 99006

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: February 5, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Crime on Indian Reservation, Robbery in the First Degree , 18 U.S.C. § 1153 | | |
| Original Sentence: | Prison - 58 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney Office | Date Supervision Commenced: | May 7, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | May 6, 2029 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/20/2024.

On May 13, 2024, the undersigned officer reviewed the offender's conditions of supervised release. David Wyman signed the judgment acknowledging he understood the conditions as imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: It is alleged that David Wyman consumed methamphetamine on or about May 19, 2024. |
| | On May 21, 2024, David Wyman reported to the U.S. Probation Office. During contact with the offender, the undersigned officer observed actions consistent with someone under the influence of a controlled substance. When questioned regarding any use of controlled substances, Mr. Wyman reported in addition to alcohol consumption, he consumed methamphetamine on or about May 19, 2024. |

Prob12C
Re: Wyman, David Virgil
May 21, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/21/2024

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer
5/21/2024
Date